UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 10-mj-100-LTS |
| ) | |
| JAMES RONALD BEATY, a/k/a JAMES ) | FILED UNDER SEAL |
| BEATY, ) | |
| Defendant ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant. The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ 
Scott L. Garland
Jamie L. Wacks
Assistant U.S. Attorneys

Date:   October 28, 2010

(Allowed). /s/ USMJ 10/28/10