UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES RONALD BEATY, A/K/A<br>JAMES RONALD BEATTY,<br><br>Defendant. | Criminal Case No. 10-CR-10439-NG |

## ASSENTED-TO MOTION TO CONTINUE PLEA

The United States moves, with Defendant's assent, to continue the plea hearing in this matter, from the currently-scheduled time of 2:15 p.m. on January 24, 2011, to any time on any date during the week of January 31 through February 4, 2011, or any time on any date during the week of February 7 through February 11, 2011, with the exceptions of the afternoons of February 8 and February 11. The United States requests this continuance because the Assistant United States Attorney who is prosecuting this case is flying out of town on business during the afternoon of January 24.

Defense counsel has informed the government that he assents to the continuance and is available at the times and dates proposed above.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

By:   */s/ Scott L. Garland*
        Scott L. Garland
        Assistant U.S. Attorney

Date: January 14, 2011

CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the ECF system and therefore will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                       /s/ Scott L. Garland
                                       Scott L. Garland
                                       Assistant United States Attorney

Date: January 14, 2011