Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

FILED IN OPEN COURT
2/8/11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                         ) | Criminal No. 10-CR-10439-NG |
| ) | |
| JAMES RONALD BEATY a/ka/ ) | |
| JAMES RONALD BEATTY   ) | |

## WAIVER OF INDICTMENT

I, **JOHN DOE**, the above-named defendant, who is accused of conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), and aggravated identity theft, in violation of 18 U.S.C. § 1028A, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on February 8, 2011, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer
2/8/11