UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 10-cr-10439-NG |
| | ) | |
| JAMES RONALD BEATY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**<u>DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING DATE</u>**

The defendant hereby moves this Honorable Court for an order continuing the sentencing date from June 13 to June 20, 2011 at 3 P.M.

As reason therefore, defendant states that allowance of this motion will allow him to file any necessary objections to the presentence report as well as more adequately prepare for sentencing.   The government assents to this motion.


By his attorney,

/s/Raymond E. Gillespie
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue Suite 32
Cambridge, MA 02139
(617) 661-3222
Rgillespie1@prodigy.net

Assented to:

/s/Scott Garland
Scott Garland, Esquire, AUSA

1

## Certificate of Service

I, Raymond E. Gillespie, attorney for the defendant hereby certify that a copy of the foregoing was served electronically on all parties listed to receive such service in this case on May 24, 2011:

/s/Raymond E. Gillespie
Raymond E. Gillespie

mtncontsent