UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 10-CR-10439-NG |
| v. | |
| JAMES RONALD BEATY | |
| Defendant | |

NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY AMY HARMAN BURKART

Assistant United States Attorney Amy Harman Burkart will be representing the United States as co-counsel for the government in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: */s/ Amy Harman Burkart*
AMY HARMAN BURKART
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                */s/ Amy Harman Burkart*  
                                                AMY HARMAN BURKART  
                                                Assistant United States Attorney

Dated: June 17, 2011