UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | Criminal No. 10-10439-NG |
| ) | |
| JAMES RONALD BEATY, a/k/a, ) | |
| JAMES RONALD BEATTY   ) | |
| Defendant.   ) | |

## DECLARATION OF PUBLICATION

Pursuant to Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 28, 2011 and ending on July 27, 2011. *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on August 23, 2011 at Boston, Massachusetts.

/s/ Christine J. Wichers
AMY H. BURKART
CHRISTINE J. WICHERS
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
|  | /s/ Christine J. Wichers |
|  | CHRISTINE J. WICHERS |
| Dated: August 23, 2011 | Assistant United States Attorney |

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## COURT CASE NUMBER: CR 10-10439-NG; NOTICE OF FORFEITURE

Notice is hereby given that on June 21, 2011, in the case of <u>U.S. v. James Ronald Beaty</u>, Court Case Number CR 10-10439-NG, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

one Apple 64GB iPad bearing serial number GB039ZGJETV;

one Apple 64GB iPad bearing serial number V50390SQETV;

one Apple 64GB iPad bearing serial number V50396C3ETV;

one HP Mini 210 Notebook Computer, bearing serial number CNF0347CCN;

three JC Penny Gift Cards each in the amount of $300.00;

two TJ Maxx/ Marshall's Gift Cards each in the amount of $400.00;

ninteen Best Buy Gift Cards each in the amount of $50.00;

one Dewalt 18V XRP 5 Tool Combo Kit;

one Dewalt 12" Sliding Compound Saw;

one Lincoln Electric Weld Pak 140HD;

one Cole Haan Nicole Air Boots (size 10);

one Pegasus Brushed Nickle Antigue Faucet;

one Kiwi Select Sport Shoe Cleaners; and

one Black/Brown Reversible Perry Ellis Belt.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 28, 2011) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and a copy served upon Assistant United States Attorney Mary B. Murrane, 1 Courthouse Way, Suite 9200, Boston, MA 02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 28, 2011 and July 27, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. James Ronald Beaty

**Court Case No:** CR 10-10439-NG
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/28/2011 | 24.0 | Verified |
| 2 | 06/29/2011 | 24.0 | Verified |
| 3 | 06/30/2011 | 24.0 | Verified |
| 4 | 07/01/2011 | 24.0 | Verified |
| 5 | 07/02/2011 | 24.0 | Verified |
| 6 | 07/03/2011 | 24.0 | Verified |
| 7 | 07/04/2011 | 24.0 | Verified |
| 8 | 07/05/2011 | 24.0 | Verified |
| 9 | 07/06/2011 | 24.0 | Verified |
| 10 | 07/07/2011 | 24.0 | Verified |
| 11 | 07/08/2011 | 24.0 | Verified |
| 12 | 07/09/2011 | 24.0 | Verified |
| 13 | 07/10/2011 | 24.0 | Verified |
| 14 | 07/11/2011 | 24.0 | Verified |
| 15 | 07/12/2011 | 24.0 | Verified |
| 16 | 07/13/2011 | 24.0 | Verified |
| 17 | 07/14/2011 | 24.0 | Verified |
| 18 | 07/15/2011 | 24.0 | Verified |
| 19 | 07/16/2011 | 24.0 | Verified |
| 20 | 07/17/2011 | 24.0 | Verified |
| 21 | 07/18/2011 | 23.4 | Verified |
| 22 | 07/19/2011 | 23.9 | Verified |
| 23 | 07/20/2011 | 23.9 | Verified |
| 24 | 07/21/2011 | 23.9 | Verified |
| 25 | 07/22/2011 | 24.0 | Verified |
| 26 | 07/23/2011 | 24.0 | Verified |
| 27 | 07/24/2011 | 23.9 | Verified |
| 28 | 07/25/2011 | 24.0 | Verified |
| 29 | 07/26/2011 | 24.0 | Verified |
| 30 | 07/27/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.