# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 10-10439-NG |
|---|---|
| DEFENDANT<br>JAMES RONALD BEATY | TYPE OF PROCESS<br>Final Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize

Three Apple 64GB Ipads, HP Mini 210 Notebook Computer, Numerous Gift Cards, and Other Miscellaneous Items.

CATS ID# 11-USS-000285     MN x 3373

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Send NOTICE OF SERVICE copy to Requester:

Veronica M. Lei, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced property pursuant to the attached Final Judgment and Order of Forfeiture and applicable law.
MN x3373

Signature of Attorney or other Originator requesting service on behalf of   [X] Plaintiff   [ ] Defendant

Telephone No. (617) 748-3111   Date 11/9/11

SIGNATURE OF PERSON ACCEPTING PROCESS: Sandra K Kinson   Date 11/14/11

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served if not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM

Signature, Title and Treasury Agency

REMARKS:
See Attached Sheet

US SECRET SERVICE

TD F 90-22.48 (6/96)

The three JC Penney Gift Cards and two TJ Maxx/Marshall Gift Cards cannot be converted to cash.

The property listed below sold on 4-3-12.

| Asset Description | Revenue | Net Proceeds |
| --- | --- | --- |
| 64GB Apple iPad | $570.00 | $511.44 |
| HP Mini 210 Notebook Computer | $126.30 | $88.76 |
| Cole Haan Nicole Air Boots | $53.52 | $27.20 |
| 12 Dewalt Sliding Compound Saw | $408.00 | $358.16 |
| 140 HD Lincoln Electric Weld Pak | $411.00 | $360.96 |
| Pegasus Brushed Nickel Faucet | $70.00 | $24.26 |

The property listed below sold on 6-8-12.

| Asset Description | Revenue | Net Proceeds |
| --- | --- | --- |
| 64GB Apple iPad | $1,222.50 | $1,094.69 |
| 64GB Apple iPad | $1,122.50 | $1,002.44 |
| Three 18V Dewalt XRP Combo Kits | $1,000.00 | $890.11 |