

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR 10-10439-WGY |
|---|---|
| DEFENDANT(s)<br>James Ronald Beaty | TYPE OF PROCESS:<br>Restoration of Funds Approval |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>Proceeds in lieu of assets (as described below) sold on April 3, 2012 |
|---|---|

| Send NOTICE OF SERVICE copy to Requester:<br>Veronica M. Lei, Assistant U.S. Attorney<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please transfer the sale proceeds from the following property to the Clerk of Courts, District of Massachusetts; 3 Apple I-Pads; HP Mini 210 Notebook Computer, Numerous Gift Cards, and Other Miscellaneous Items

| Signature of Attorney or other Originator requesting service on behalf of<br>*Veronica M. Lei / JLJ* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>April 21, 2014 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |
|---|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>0225 14 | Time of Service | [ ] AM<br>[ ] PM |
|---|---|---|---|
| | Signature, Title and Treasury Agency<br>*PM Valerie Rhodes USSS* | | |

REMARKS: On 2/25/2014, $4,057.54 in U.S. Currency was transferred to the U.S. District Court of Massachusetts.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY